```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
                         CAMDEN VICINAGE
```

| | |
|---|---|
| GLOVER MILL, LLC,<br><br>              Plaintiff,<br><br>    v.<br><br>THE BOROUGH OF HADDON HEIGHTS,<br><br>              Defendant. | Civil No. 16-591 (JBS/AMD) |

**AMENDED SCHEDULING ORDER**

This Scheduling Order confirms the directives given to counsel during the telephone status conference held on February 6, 2017; and the Court noting the following appearances: Thomas B. Martin, Esquire, appearing on behalf of Plaintiff; and James J. Ferrelli, Esquire, appearing on behalf of Defendant; and good cause appearing for the entry of the within Order:

IT IS on this **7th** day of **February 2017**, hereby **ORDERED**:

1. Pretrial factual discovery is hereby extended to **May 31, 2017**. All pretrial discovery shall be concluded by that date. All discovery motions and applications pursuant to L. CIV. R. 37.1(a)(1) shall be made returnable before the expiration of pretrial factual discovery.

2. **Depositions**. All depositions are to be conducted in accordance with the procedures set forth in the order of Judge Gawthrop, in *Hall v. Clifton Precision*, 150 F.R.D. 525 (E.D. Pa. 1993).

3. The Court will conduct a telephone status conference on **June 5, 2017 at 11:00 A.M.** Counsel for Plaintiff shall initiate the telephone call.

      4. All expert reports and expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2) on behalf of Plaintiff shall be served upon counsel for Defendant not later than **June 30, 2017**. All expert reports and expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2) on behalf of Defendant shall be served upon counsel for Plaintiff not later than **August 31, 2017**. Each such report should be accompanied by the *curriculum vitae* of the proposed expert witness. No expert opinion testimony shall be admitted at trial with respect to any witness for whom this procedure has not been timely followed. Depositions of proposed expert witnesses shall be concluded by **September 29, 2017.**

      The parties shall also exchange, in accordance with the foregoing schedule, written statements identifying all opinion testimony counsel and the parties anticipate will be presented at trial pursuant to Fed. R. Evid. 701 and *Teen-Ed v. Kimball International, Inc.*, 620 F.2d 399 (3d Cir. 1980).

      5. **Dispositive Motions**. Dispositive motions shall be filed with the Clerk of the Court no later than **October 27, 2017**. Opposition to the motion should be served in a timely fashion. Counsel are to follow L. Civ. R. 7.1, 7.2, 56.1 and 78.1 (Motion Practice – Generally).

      6. Any application for an extension of time beyond the deadlines set herein shall be made in writing to the undersigned and served upon all counsel prior to expiration of the period sought to be extended, and shall disclose in the application all such extensions previously obtained, the precise reasons necessitating the application showing good cause under Fed. R. Civ. P. 16(b), and whether adversary counsel agree with the application. The schedule set herein will not be extended unless good cause is shown.

      **THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS UNDER Fed. R. Civ. P. 16(f).**

                                 s/ Ann Marie Donio
                                   ANN MARIE DONIO
                                   UNITED STATES MAGISTRATE JUDGE

cc: Hon. Jerome B. Simandle